MARY C. CORPORON #734
Attorney at Law
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 323-5000
Facsimile: (801) 355-3472
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARINOLA ADEGBORUWA,<br><br>Defendant. | RESPONSE TO UNITED STATES' MOTION TO AMEND JUDGMENT TO INCLUDE FORFEITURE<br><br>Case No. 2:19-CR-00260<br><br>Judge Jill N. Parrish<br>Magistrate Judge Cecelia M. Romero |

  DEFENDANT TO THE ABOVE-ENTITLED ACTION, Arinola Adegboruwa, by and through her counsel of record, Mary C. Corporon, hereby responds to the United States' Motion to Amend Judgment to Include Forfeiture, and states, as follows:

  1. Defendant, Arinola Adegboruwa, does not object to the forfeiture to the government of any of the seized assets in issue in this matter.

  2. However, Defendant asserts that it is not strictly proper to declare said assets forfeited as to her, because she does not have an ownership interest in said assets, never had an ownership interest in said assets, and wishes it to be clear on the record of this court that these assets have never been hers.

DATED this 29th day of July, 2024.

                                        */s/ Mary C. Corporon*
                                        MARY C. CORPORON
                                        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2024, I filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF system, which sent notification of such filing to all those registered with CM/ECF to receive notices in the instant case.

                                        */s/ Michelle Beddoes Yeates*